IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANIRUDH MODI | ) | |
| | ) | |
| v. | ) | NO. 3:18-0648 |
| | ) | Crenshaw/Holmes |
| ENVISION HEALTHCARE | ) | |
| CORPORATION, et al | ) | |

**O R D E R**

Pending before the Court is a motion filed by Plaintiff (Docket No. 7), in which Plaintiff requests a continuance of the initial case management conference, presently scheduled for September 17, 2018. Plaintiff's motion obliquely refers to timing and procedures that may be governed by the Private Securities Litigation Reform Act (the "PSLRA"). However, the motion fails to identify any duration of the requested continuance. Nor does the motion provide sufficient information from which the Court can determine what an appropriate length of continuance would be and the specific statutory considerations that may (or will) impact the management of this case going forward. Plaintiff's motion (Docket No. 7) is nevertheless GRANTED on the condition that, by no later than **September 28, 2018**, Plaintiff must file a status report, informing the Court of the following information:

(i) the timing of any actions required or contemplated by the PSLRA, including applications for lead counsel, motions to dismiss, and consolidation;

(ii) whether and to what extent the pending Delaware actions may impact the management and administration of this case;

(iii) the proposed timing for an initial case management conference in this case;

(iv) the status of service on Defendants; and,

(v) any other information that might assist the Court is structuring a case management plan in this case.

Failure to file this status report as directed, so that this case can get on track for management and administration in accordance with the Court's procedures and expectations, may result in one or more of the consequences permitted by Fed.R.Civ.P. 16(f).

Plaintiff is also reminded that by notice of the clerk on July 16, 2018, counsel Evan J. Smith and Marc L. Ackerman were directed to, within 21 days of that date, file motions to appear *pro hac vice*. As of this date, no such motions have been filed.[1] By no later than **September 28, 2018**, Mr. Smith and Mr. Ackerman must file motions to appear *pro hac vice* in compliance with the Court's rules and pay the required fee. Failure to do so may result in an order that counsel are not permitted to participate in this case or other order under Fed.R.Civ.P. 16(f).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel are reminded that new local rules recently went into effect, and the motions for *pro hac vice* admission must be in compliance with the new rules.